IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,                    )<br>                                                                  )<br>              Plaintiff,              )<br>                                                                  )<br>     vs.                                                          )<br>                                                                  )<br> JAIME GUITRON,                                    )<br>                                                                  )<br>              Defendant.         ) | Case No. 8:05CR252<br><br><br>ORDER |

This matter is before the court on the defendant's Motion for Pretrial Release (#40). The defendant moves the court for an order releasing him from CH, Inc., and placing him with a third-party custodian. The motion is denied without hearing.

The court has been informed by Pretrial Services that Pretrial Services received a call on August 1, 2005 from Deb Klein of CH, Inc. informing Pretrial Services that the defendant this weekend tested positive for alcohol, "blowing a .05 and a .06."

**IT IS ORDERED:**

1. Defendant's motion for Pretrial Release (#40) is denied without hearing.

Dated this 2nd day of August 2005.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge