IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CR252 |
| | ) | |
| JAIME GUITRON, | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

Before the Court is the defendant's Motion for Pretrial Release [48]. Pretrial Services is ordered to investigate the release plan of the defendant and provide a report to the Court and counsel on or before October 30, 2005.

IT IS SO ORDERED.

DATED this 23rd day of September, 2005.

BY THE COURT:


s/ F.A. Gossett
United States Magistrate Judge