IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:05CR252 |
| JAIME GUITRON, | ) ) | **ORDER** |
| Defendant. | ) ) | |

Before the Court is the defendant's Motion for Pretrial Release [48]. A Consent to Modify Conditions of Release [57] was filed on October 14, 2005. For that reason, the Motion for Pretrial Release shall be deemed granted.

IT IS SO ORDERED.

DATED this 17th day of October, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge